UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RAUL MANCERA-VERA, ET AL

PLAINTIFF(S)

VS.

CASTLE DEVELOPMENT, INC., ET AL

DEFENDANT(S)

Court Date:

Case No.
08 CV 4003

SERVICE DOCUMENTS:
SUMMONS & COMPLAINT; JURY DEMAND; CIVIL CASE COVER SHEET; EXHIBITS A,B,C

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **FRANK LOPEZ** at **4937 W. FULLERTON, CHICAGO, IL 60639** after due search, careful inquiry and diligent attempts for the reason detailed below.

7/21/2008 3:40 PM - This is American Dream Mortgage. The defendant is unknown.

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature: Steven A Stosur]*

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 22nd day of July, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Amatore & Associates, P.C.*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
39855