UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAUL MANCERA-VERA, ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>CASTLE DEVELOPMENT, INC., ET AL<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 CV 4003<br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT; JURY DEMAND; CIVIL CASE COVER SHEET; EXHIBITS A,B,C |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 22, 2008**, at **3:17 PM**, I served the above described documents upon **THE FINE LINE GROUP, INC.** as sh below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **TANIA CULLISON ATTORNEY**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **6336 N. CICERO AVE., STE 102, CHICAGO, IL 60646.**

**DESCRIPTION:** Gender: **F**  Race: **WHITE**  Age: **35**  Hgt: **5'5"**  Wgt: **155**  Hair: **BLACK**  Glasses: **YES**


I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 23rd day of July, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME:<br>Amatore & Associates, P.C.* | ORIGINAL PROOF OF SERVICE | TRACKING #<br>39861 |

FILE #: