UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAUL MANCERA-VERA, ET AL <br><br> PLAINTIFF(S) <br><br> vs. <br><br> CASTLE DEVELOPMENT, INC., ET AL <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> 08 CV 4003 <br><br><br> SERVICE DOCUMENTS: <br> SUMMONS & COMPLAINT; JURY DEMAND; CIVIL CASE COVER SHEET; EXHIBITS A,B,C |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 22, 2008**, at **3:17 PM**, I served the above described documents upon **CRG ASSOCIATES, LLC** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **TANIA CULLISON / ATTORNEY**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **6336 N. CICERO AVE., STE 102, CHICAGO, IL 60646.**

**DESCRIPTION:**  Gender: **F**   Race: **WHITE**   Age: **35**   Hgt: **5'5"**   Wgt: **155**   Hair: **BLACK**   Glasses: **YES**


I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007


SUBSCRIBED AND SWORN to before me this 23rd day of July, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Amatore & Associates, P.C.*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
39860